UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUKE ROBERT ANTHONY, | ) | No. CV 15-5535 PA (FFM) |
| Petitioner, | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) ) | |
| WARDEN TIM PEREZ, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge after having made a *de novo* determination of the portions to which objections were directed.

IT THEREFORE IS ORDERED that Respondent's motion to dismiss is GRANTED and that Judgment be entered dismissing the Petition with prejudice.

DATED: April 16, 2016

PERCY ANDERSON
United States District Judge