JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUKE ROBERT ANTHONY, | ) | No. CV 15-5535 PA (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN TIM PEREZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 16, 2016

_____
PERCY ANDERSON
United States District Judge